869 A.2d 481

**Russell B. THORBURN, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 18, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of February 2005, the Petition for Allowance of Appeal is granted and the Order of the Commonwealth Court is reversed based on this Court's decision in *Siekierda v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing,* 580 Pa. 259, 860 A.2d 76 (2004)